

FILED
5/7/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

24-CR-50017

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Violation: Title 18, United States Code, Section 922(g)(1) |
| v. | |
| MICHAEL A. ALEXANDER | |

The SPECIAL MARCH 2024 GRAND JURY charges:

On or about March 30, 2024, in Winnebago County, in the Northern District of Illinois, Western Division,

MICHAEL A. ALEXANDER,

defendant herein, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce a firearm, namely, a Smith & Wesson Shield .40 caliber handgun with serial number HRS6565, which firearm had traveled in interstate and foreign commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The SPECIAL MARCH 2024 GRAND JURY alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearms and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to, a Smith & Wesson Shield .40 caliber handgun with serial number HRS6565, and all associated ammunition.

A TRUE BILL:

_____
FOREPERSON

_____
ACTING UNITED STATES ATTORNEY